UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WESTERN EQUIPMENT FINANCE, INC.,

       Plaintiff,

    v.

TONY R WESTON d/b/a WESTONS LAWN
SERVICE,

       Defendant.

Case No. 25-cv-01343-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count 1 in favor of Plaintiff WESTERN EQUIPMENT FINANCE, INC., and against Defendant TONY R WESTON d/b/a WESTONS LAWN SERVICE, in the amount of $246,998.06 in amount owed under the Agreements, $67,424.35 in prejudgment interest, and $8,692.46 in attorney's fees and costs, for a total judgment of $323,114.87, to be offset by any amounts recovered from the disposition of the property listed below;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on Counts 2 and 3 in favor of Plaintiff WESTERN EQUIPMENT FINANCE, INC. and against Defendant TONY R WESTON d/b/a WESTONS LAWN SERVICE, and that Plaintiff WESTERN EQUIPMENT FINANCE, INC. is entitled to immediate possession of, and Defendant TONY R WESTON d/b/a WESTONS LAWN SERVICE shall immediately turn over to Plaintiff, the following equipment:

- two (2) Western 10 FT Wideout Snow Plows, one (1) Snow X Salt Spreader – 5 Yards, and two (2) Western 10 FT Skid Steer Snow Push Boxes;

- two (2) 10' Western Wideout Snow Plows, two (2) Snow X Salt Spreaders – 5 yards, and four (4) 10' Western Skid Steer Snow Push Boxes; and

- one (1) Exmark Lazer S 96 IN Mower, one (1) Exmark Radius 60 IN Mower, one (1) Exmark Z Aerate 36 24 IN, one (1) Exmark Z-Aerate 40 IN Aerator, one (1) Exmark Stand on Aerator Spreader Attachment, one (1) Exmark Lazer Z X Series 60 IN Mower, and one (1) Exmark Lazer Z X Series 72 IN Mower.

**DATED: June 10, 2026**                    **MONICA A. STUMP, Clerk of Court**

Deputy Clerk

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**

2